**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Leura G. Canary
   United States Attorney
   Post Office Box 197
   Montgomery, AL 36101-0197
   2:05CV891 (Cmp + sm'ns copy)

2. Article Number (Transfer from service label): 7000 1670 0012 1780 8150

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Nancy Yarn    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Nancy Yarn
C. Date of Delivery: 10/4/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540