## Receipt 1

Johnson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JoAnn Barnhart, Secretary
   Social Security Administration
   61 Forsyth Street, Ste 20T45
   Atlanta, GA. 30303-8920
   2:05CV891 (Cmp + Summs 60 days)

2. Article Number (Transfer from service label): 7000 1670 0012 6259 0772

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Dwight Th—  ☒ Agent  ☐ Addressee
B. Received by (Printed Name): Dwight Thoms
C. Date of Delivery: 10-3-05
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

## Receipt 2

Johnson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Social Security Administration
   Richard Blake
   Assistant Regional Counsel
   61 Forsyth Street, S.W., Suite 20T45
   Atlanta, GA 30303-8920
   2:05CV891 (Cmp + Sums 60 days)

2. Article Number (Transfer from service label): 7000 1670 0012 6259 0697

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Dwight Thom  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Dwight Thoms
C. Date of Delivery: 10-3-05
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes