IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BERNETHIA JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05-cv-891-CSC |
| | ) |
| **JO ANN BARNHART, Secretary;** | ) |
| **SOCIAL SECURITY** | ) |
| **ADMINISTRATION** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR EXTENSION OF TIME

COMES NOW Defendants, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rules 6(b) and 12 of the Federal Rules of Civil Procedure, move the Court for a 14-day extension of time within which to file an answer or other response in the above-styled case. In support of this motion, Defendants show unto the Court the following:

1. Defendants received plaintiff's complaint on or about October 4, 2005. The current deadline for filing an answer or other response is December 5, 2005.

2. On November 29, 2005, the undersigned received the litigation report from the responsible agency counsel. Due to the late receipt of the litigation report and other matters, undersigned counsel has not had sufficient time to review and analyze the litigation report, research, prepare and file an answer or dispositive motion.

Accordingly, in consideration of the foregoing, Defendants respectfully pray that this Court will grant a 14-day extension of time, to and including December 19, 2005, to file a response in this matter.

Plaintiff's attorney has been contacted and does not oppose this request.

Dated this 1st day of December, 2005.

        LEURA G. CANARY
        United States Attorney


By:    s/James J. DuBois
        JAMES J. DUBOIS
        Assistant United States Attorney
        Georgia Bar No. 231445
        United States Attorney's Office
        Post Office Box 197
        Montgomery, AL 36101-0197
        Telephone: (334) 223-7280
        Facsimile: (334) 223-7418
        E-mail: **james.dubois2@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Juraldine Battle-Hodge, Esquire.


        s/James J. DuBois
        Assistant United States Attorney