IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-891-C |
| | ) |
| JO ANNE B. BARNHART, *et al*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the December 1, 2005, motion for extension of time (doc. # 6) filed by the defendant. The defendants seek an additional two weeks to file an answer or responsive pleading. Upon consideration of the motion, it is

ORDERED that, to the extent that the defendant seeks an extension of two weeks, the motion for extension of time (doc. # 6) be and is hereby DENIED. However, because the court will extend briefly the time for filing an answer or other responsive pleading, it is

ORDERED that the defendant shall have an extension of time from December 5, 2005 until December 9, 2005.

Done this 2nd day of December, 2005.

                                         /s/Charles S. Coody
                                         CHARLES S. COODY
                                         CHIEF UNITED STATES MAGISTRATE JUDGE