# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **2:05-cv-891-CSC** |
| | ) |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY; | ) |
| SOCIAL SECURITY | ) |
| ADMINISTRATION, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

**COME NOW** Defendants, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and move to dismiss this lawsuit pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, or, in the alternative, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this Motion, Defendants show that Plaintiff's claims are barred, as a matter of law, due to her failure to fully exhaust her mandatory administrative remedies before filing this Title VII lawsuit. Furthermore, Defendants show that a federal agency is not a proper defendant in a Title VII lawsuit.

A memorandum brief is being filed contemporaneously herewith.

**WHEREFORE**, Defendants' Motion is due to be and should be granted, this matter should be dismissed, and the costs of this litigation taxed to Plaintiff.

Respectfully submitted this 8th day of December, 2005.

        LEURA G. CANARY
        United States Attorney

By: s/James J. DuBois
    JAMES J. DUBOIS
    Assistant United States Attorney
    Georgia Bar No. 231445
    United States Attorney's Office
    Post Office Box 197
    Montgomery, AL 36101-0197
    Telephone: (334) 223-7280
    Facsimile: (334) 223-7418
    E-mail: james.dubois2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Juraldine Battle-Hodge, Esquire.

    s/James J. DuBois
    Assistant United States Attorney