IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:05-CV-891-CSC |
| ) | |
| JO ANNE B. BARNHART; ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF RAFAEL TORRES, SENIOR ADVISOR TO THE ASSOCIATE COMMISSIONER FOR CIVIL RIGHTS AND EQUAL OPPORTUNITY, SOCIAL SECURITY ADMINISTRATION

I, RAFAEL TORRES, Senior Advisor to the Associate Commissioner for Civil Rights and Equal Opportunity (OCREO), Social Security Administration, make the following declaration pursuant to 28 U.S.C. § 1746:

(1) I am of sound mind, over the age of 18, and have personal knowledge of the facts set forth below.

(2) As part of my regularly-conducted activities as Senior Advisor for OCREO, I assist in the management of the Social Security Administration's (SSA) Equal Employment Opportunity Complaint Program. I have reviewed SSA's records pertaining to the above-captioned case. The issue in the case involves a non-selection for a promotion under vacancy announcement number OHA-32-3 (paralegal specialist GS-950-9). Based on my review of SSA's records, I certify that the following timeline is the correct administrative history of this case, which is currently pending on appeal with the Equal Employment Opportunity Commission's (EEOC) Office of Federal Operations.

(3) Plaintiff Bernethia Johnson's date of filing of her administrative case was July 8, 2003. A hearing was held before an EEOC Administrative Judge (AJ) on March

1

31, 2005. The AJ issued her decision on May 19, 2005, which was a non-finding of discrimination.

(4) On June 17, 2005, in accordance with the AJ's decision, SSA issued its Final Agency Decision (FAD) of no discrimination. A true and accurate copy of this decision is attached as Exhibit A.

(5) On July 15, 2005, Plaintiff Bernethia Johnson filed an appeal of the Agency's FAD/AJ's Decision with the EEOC's Office of Federal Operations (OFO). Plaintiff's appeal is currently pending before the OFO. A true and accurate copy of Plaintiff's appeal to the EEOC OFO is attached as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing statement of 6 paragraphs is true and correct.

12/06/2005
Date

RAFAEL TORRES

# EXHIBIT A
# TO
# DECLARATION OF RAFAEL TORRES



# SOCIAL SECURITY

JUN 1 7 2005

CERTIFIED MAIL--RETURN RECEIPT REQUESTED

Mr. Adam P. Morel
Law Offices of Adam Morel, LLC.
2300 10th Court, South
Birmingham, AL 35205

Dear Mr. Morel:

RE: Agency No. 03-0375-SSA
    EEOC No. 130-2005-00007X

This letter contains the Social Security Administration's (SSA's) final order in the discrimination complaint referenced above, filed by Ms. Bernethia Johnson, whom you represent.

After receiving the complaint file, the complainant requested a hearing before an administrative judge (AJ) of the Equal Employment Opportunity Commission (EEOC). On May 19, 2005, we received the AJ's decision dated May 10, 2005. Copies of the decision were sent by the AJ to you and to the complainant.

The AJ found that the complainant was not discriminated against. I have reviewed and considered the evidence of record. On that basis, I adopt without modification the AJ's decision.

### FINAL ORDER

It is the final order of SSA that the complainant was not discriminated against, as set forth in the AJ's decision.

The enclosed notice explains the complainant's right to appeal the AJ's decision and/or the agency's final order. The complainant should use the enclosed EEOC Form 573, Notice of Appeal/Petition, if she or he chooses to file an appeal.

Sincerely,

*[signature]*

Mark A. Anderson
Associate Commissioner
for Civil Rights and Equal Opportunity

Enclosures:
AJ's Decision (for Management only)
EEOC Form 573
Notice of Rights

cc:
Jill Lolley Vincent
Bernethia Johnson
Herb Sanabria

## NOTICE OF APPEAL/PETITION
## TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### OFFICE OF FEDERAL OPERATIONS

**Complainant Information:** (Please Print or Type)

| | |
|---|---|
| Complainant's name (Last, First, M.I.): | |
| Home/mailing address: | |
| City, State, ZIP Code: | |
| Daytime Telephone # (with area code): | |
| E-mail address (if any): | |

**Attorney/Representative Information (if any):**

| | |
|---|---|
| Attorney name: | |
| Non-Attorney Representative name: | |
| Address: | |
| City, State, ZIP Code: | |
| Telephone number (if applicable): | |
| E-mail address (if any): | |

**General Information:**

| | |
|---|---|
| Name of agency being charged with discrimination: | |
| Identify the Agency's complaint number: | |
| Location of the duty station or local facility in which the complaint arose: | |
| Has a **final action** been taken by the agency, an Arbitrator, FLRA, or MSPB on this complaint? | ___ Yes; Date Received _____ (Remember to attach a copy) <br> ___ No <br> ___ This appeal alleges a breach of settlement agreement |
| Has a complaint been filed on the same matter with the EEOC, <u>another</u> agency, or through any <u>other</u> administrative or collective bargaining procedures? | ___ No <br> ___ Yes (Indicate the agency or procedure, complaint/docket number, and attach a copy, if appropriate) |
| Has a civil action (lawsuit) been filed in connection with this complaint? | ___ No <br> ___ Yes (**Attach a copy of the civil action filed**) |

**NOTICE:** Please **attach a copy of the final decision or order** from which you are appealing. If a hearing was requested, please attach a copy of the agency's final order and a copy of the EEOC Administrative Judge's decision. Any comments or brief in support of this appeal MUST be filed with the EEOC **and** with the agency **within 30 days** of the date this appeal is filed. The date the appeal is filed is the date on which it is postmarked, hand delivered, or faxed to the EEOC at the address above.

| | |
|---|---|
| Signature of complainant or complainant's representative: | |
| Date: | |

EEOC FORM 573 REV 1-01

# EXHIBIT B
# TO
# DECLARATION OF RAFAEL TORRES

# NOTICE OF APPEAL/PETITION
## TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### OFFICE OF FEDERAL OPERATIONS

RECEIVED JUL 19 2005 CONTROL ROOM

**Complainant Information:** (Please Print or Type)

| | |
|---|---|
| Complainant's name (Last, First, M.I.): | Johnson, Bernethia T. |
| Home/mailing address: | 225 Garden Homes Cir. |
| City, State, ZIP Code: | Montgomery, AL 36116 |
| Daytime Telephone # (with area code): | (334) 223-7077 ext. 3052 |
| E-mail address (if any): | |

**Attorney/Representative Information (if any):**

| | |
|---|---|
| Attorney name: | Juraldine Battle-Hodge |
| Non-Attorney Representative name: | |
| Address: | 207 Montgomery Street, Suite 215 |
| City, State, ZIP Code: | Montgomery, AL 36104 |
| Telephone number (if applicable): | (334) 262-1177 |
| E-mail address (if any): | battlebe@bellsouth.net |

**General Information:**

| | |
|---|---|
| Name of agency being charged with discrimination: | Social Security Administration |
| Identify the Agency's complaint number: | 03-0375-SSA |
| Location of the duty station or local facility in which the complaint arose: | Montgomery, Alabama |
| Has a **final action** been taken by the agency, an Arbitrator, FLRA, or MSPB on this complaint? | _X_ Yes; Date Received 6/22/05 (Remember to attach a copy)<br>___ No<br>___ This appeal alleges a breach of settlement agreement |
| Has a complaint been filed on the same matter with the EEOC, <u>another</u> agency, or through any <u>other</u> administrative or collective bargaining procedures? | ___ No<br>_X_ Yes (Indicate the agency or procedure, complaint/docket number, and attach a copy, if appropriate) EEOC No. 130-2005-00007X |
| Has a civil action (lawsuit) been filed in connection with this complaint? | _X_ No<br>___ Yes (Attach a copy of the civil action filed) |

**NOTICE:** Please **attach a copy of the final decision or order** from which you are appealing. If a hearing was requested, please attach a copy of the agency's final order and a copy of the EEOC Administrative Judge's decision. Any comments or brief in support of this appeal MUST be filed with the EEOC **and** with the agency **within 30 days** of the date this appeal is filed. The date the appeal is filed is the date on which it is postmarked, hand delivered, or faxed to the EEOC at the address above.

| | |
|---|---|
| Signature of complainant or complainant's representative: | *[signature]* |
| Date: | 7/8/05 |

*NO DUP*   *TO CPI 8/9/5 w/case file*



**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Office of Federal Operations
P.O. Box 19848
Washington, D.C. 20036

*SSA, OCREO 2005 AUG -9 AM 9:05*

07/27/05

Social Security Admin.
Dir., Ofc Of Civil Rights & EO
P.O.B.17712
Baltimore, MD   21235-7712

RE: Bernethia T Johnson
Docket # : 01A55059
Assoc # :
Agency #1: 030375SSA
Agency #2:
Agency #3:
Filed    : 071505

Dear Sir/Madam:

This is to acknowledge that the above referenced appeal has been received on the date indicated. The agency must submit the complaint file, along with any related or consolidated complaint files, to the Office of Federal Operations WITHIN 30 DAYS OF INITIAL NOTIFICATION THAT THE COMPLAINANT HAS FILED AN APPEAL. See 29 C.F.R.1614.403(e).

In addition, any related material developed subsequent to the initial submission of the complaint file, i.e., attorney fees, supplemental investigation, etc. must be forwarded upon notification of any related appeal. The agency must ensure that all materials submitted to the Commission have also been provided to the complainant. Enclosed is an "Agency Checklist" for your use in identifying records to submit in your agency file.

IF THE COMPLAINT FILE IS NOT SUBMITTED TO THIS OFFICE WITHIN THE TIME FRAME SET FORTH ABOVE, THE COMMISSION MAY TAKE APPROPRIATE ACTION, INCLUDING DRAWING AN INFERENCE ADVERSE TO THE AGENCY IN ALL MATTERS WHERE THE EVIDENCE IS NOT AVAILABLE TO THE COMMISSION. THIS COULD RESULT IN A DECISION UNFAVORABLE TO THE AGENCY.

The agency must submit the complaint file within the time frame specified above regardless of whether or not the complainant has timely provided the agency a copy of any supporting statement or brief, and regardless of whether or not the agency's comments or brief relative to the appeal itself are completed.

Any agency statement or brief in opposition to an appeal must be submitted to the Commission and served on the complainant within 30 days of receipt of the statement or brief supporting the appeal. If no statement or brief supporting the appeal is filed, the statement or brief in opposition to the appeal must be filed within 60 days of the receipt of the appeal. See 29 C.F.R.1614.403(f). The Commission will accept statements or briefs in opposition to an appeal by facsimile tranmission (Fax number 202-663-7022) provided they are no more than (10) pages long.



**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Office of Federal Operations
P.O. Box 19848
Washington, D.C. 20036

The agency should reference the above docket number(s) in all submissions and correspondence to the Commission.

Sincerely,

Robert J. Barnhart

Robert J. Barnhart, Director
Compliance and Control Division
Office of Federal Operations

Enclosure

CERTIFICATE OF SERVICE

I certify that the Notification of Appeal/Request for Complaint File was sent by regular mail this day to the agency.

Equal Opportunity Assistant:

Date:
AUG 1 2005

(2)