**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 4, 2006

# NOTICE OF DOCKET ENTRY STRICKEN FROM THE RECORD

**To:** All Counsel of Record

**From:** Clerk's Office

**Case Style:** **Bernethia Johnson vs. Jo Anne B. Barnhart, et al.**

**Case Number:** **#2:05-cv-00891-CSC**

**Referenced Pleading:** Notice of Assignment to Magistrate Judge

**The referenced docket entry entered on 1/4/2006 was docketed in error.**

**Therefore, the referenced docket entry is STRICKEN from the record and the parties are instructed to disregard the entry on the court's docket.**