**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

January 4, 2006

# NOTICE OF REASSIGNMENT

Re:   Bernethia Johnson vs. Jo Anne B. Barnhart, et al.
      Civil Action No. #2:05-cv-00891-CSC

The above-styled case has been reassigned to Judge W. Harold Albritton.

Please note that the case number is now #2:05-cv-00891-WHA-CSC. This new case number should be used on all future correspondence and pleadings in this action.