IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JAN 13  P 1:22

| | |
|---|---|
| BERNETHIA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:05cv891-CSC |
| ) | |
| JO ANN B. BARNHART, ) | |
| Secretary, ) | |
| ) | |
| SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendants. ) | |

---

# PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

---

ATTTORNEY FOR PLAINTIFF

JURALDINE BATTLE-HODGE

## PLAINTIFF'S VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE

**COMES NOW** Bernethia Johnson in the above styled cause and voluntarily moves this Honorable Court to dismiss this cause without prejudice. As grounds therefore, the Plaintiff states as set forth herein below.

### I. SUMMARY OF THE CASE

**Course of Proceedings**

This case was filed in the United States District Court for the Middle District of Alabama, Northern Division on September 19, 2005. Defendants filed their Motion to Dismiss or, in the alternative, Summary Judgment on December 8, 2005.

### II. PLAINTIFF'S SUMMARY OF FACTS

Plaintiff first began working for Defendants on or about September 26, 1993. On or about May 14, 2003, Plaintiff initiated a second EEOC complaint for failure to promote. Plaintiff subsequently received an unfavorable decision. Plaintiff appealed the EEOC decision on or about July 15, 2005. Plaintiff filed her complaint in Federal Court on or about September 19, 2005. Defendants filed their motion for Summary Judgment on December 8, 2005.

### III. PLAINTIFF REQUESTS TO VOLUNTARILY DISMISS ACTON WITHOUT PREJUDUCE

In response to the Defendants' Motion for summary judgment the Plaintiff requested that the case be stayed in lieu of being dismissed without prejudice. As of this date, January 13, 2006, the Defendants' motion for summary judgment has not been decided. Since the Defendants filed their motion for summary

judgment, the Plaintiff has received a decision from the U.S. Equal Employment Opportunity Commission, Office of Federal Operations. Due to the nature of the decision, the Plaintiff is not certain when or if she will pursue a lawsuit. As a result, a stay would not be appropriate.

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff voluntarily requests that this action be dismissed without prejudice.

Respectfully submitted,

_____
JURALDINE BATTLE-HODGE (BAT033)
Attorney for Plaintiff

LAW OFFICES OF JURALDINE BATTLE-HODGE
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Telephone: (334) 262-1177, 263-5575
Facsimile: (334) 263-5569

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, the foregoing document was served upon the following counsels of record by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

LEURA G. CANARY  
United States Attorney  
JAMES J. DUBOIS  
Assistant United States Attorney  
United States Attorney's Office  
Post Office Box 197  
Montgomery, AL 36101-0197  

_____  
Of Counsel