IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:05cv891-WHA ) |
| JO ANN B. BARNHART, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Plaintiff's Motion to Voluntarily Dismiss Without Prejudice (Doc. #14), filed on January 13, 2006, it is hereby ORDERED as follows:

1. The Motion to Voluntarily Dismiss is GRANTED.

2. This case is DISMISSED without prejudice, costs taxed as paid.

3. All pending motions in this case are DENIED as moot.

DONE this 17th day of January, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE